**Order filed, September 9, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00455-CR

_____

**DOMINIC TALIES POTTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 16-CR-3441**

---

## ORDER

The reporter's record in this case was originally due July 3, 2018. *See* Tex. R. App. P. 35.1. On July 2, 2018 and again on August 3, 2018, this court granted the court reporters request for extension of time to file the record. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the last request, the court issues the following order.

We order **Jennifer Hall**, the court reporter, to file the record in this appeal with **15 days** of the date of this order.

PER CURIAM